```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                      Case No. 09-cr-79-PB

**Nagasaki Gonzalez, et. al.**

**O R D E R**

Defendant Ernie Martinez, through counsel, has moved to continue the trial scheduled for June 2, 2009, citing the need for additional time to complete extensive discovery and engage in plea negotiations or prepare for trial.  The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to August 18, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The May 26, 2009 final pretrial conference is continued to July 27, 2009 at 2:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 28, 2009

cc:  Mark Howard, Esq.
     Jonathan Saxe, Esq.
     James W. Dennehy, Esq.
     Arnold Huftalen, AUSA
     United States Probation
     United States Marshal